1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:21-MJ-00021 JLT |
|---|---|
| Plaintiff, | |
| v. | ORDER UNSEALING COMPLAINT, ARREST WARRANT AND REDACTED AFFIDAVIT |
| MARCUS RANDALL, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and redacted affidavit in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: May 4, 2021

The Honorable Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINT