PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00129-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARCUS RANDALL, | DATE: August 17, 2022 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 17, 2022.

2. By this stipulation, defendant now moves to continue the status conference until October 19, 2022, and to exclude time between August 17, 2022, and October 19, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents, content from cell phones, and other materials. In initial discovery, the government produced more than 2,500 pages of discovery. On July 7, 2022, the government produced an additional 3,000 pages of supplemental discovery,

which included documents specifically requested by the defense. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government has also made a plea offer to the defendant. The offer will remain open until October 17, 2022.

      b)      Counsel for defendant desires additional time to consult with his client about the current charge(s), review the supplemental discovery with the defendant, conduct investigation and research related to the charges, to discuss potential resolution with his client, to prepare pretrial motions, and to otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 17, 2022 to October 19, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 10, 2022                                         PHILLIP A. TALBERT
                                                                United States Attorney


                                                                /s/ MARK J. McKEON
                                                                MARK J. McKEON
                                                                Assistant United States Attorney


Dated:  August 10, 2022                                         /s/ GERALD COBB
                                                                GERALD COBB
                                                                Counsel for Defendant
                                                                MARCUS RANDALL


**ORDER**

IT IS SO ORDERED.

Dated:  8/10/022                                                *Sheila K. Oberto*
                                                                THE HONORABLE SHEILA K. OBERTO
                                                                UNITED STATES MAGISTRATE JUDGE