1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  1:21-CR-00129-JLT-SKO

12                      Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                        ORDER

14 MARCUS RANDALL,                      DATE: December 21, 2022
                                        TIME: 1:00  p.m.
15                      Defendant.      COURT: Hon. Sheila K. Oberto

16

17                               **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on December 21, 2022.

21       2.      By this stipulation, defendant now moves to continue the status conference until March

22 15, 2023, and to exclude time between December 21, 2022, and March 15, 2023, under 18 U.S.C.

23 § 3161(h)(7)(A), B(iv) [Local Code T4].

24       3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has represented that the discovery associated with this case

26 includes investigative reports and related documents, content from cell phones, and other

27 materials.  In initial discovery, the government produced more than 2,500 pages of discovery.

28 On July 7, 2022, the government produced an additional 3,000 pages of supplemental discovery,

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

which included documents specifically requested by the defense.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  In addition, the government recently obtained supplemental discovery that it has produced to the defense.

b)      Counsel for defendant desires additional time to consult with his client about the current charge(s), review the supplemental discovery with the defendant, conduct investigation and research related to the charges, to discuss potential resolution with his client, and to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 21, 2022 to March 15, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4     IT IS SO STIPULATED.

5

6

7 Dated:  December 6, 2022         PHILLIP A. TALBERT
        United States Attorney

8

9         /s/ JUSTIN J. GILIO
        JUSTIN J. GILIO
        Assistant United States Attorney

10

11

12 Dated:  December 6, 2022         /s/ GERALD COBB
        GERALD COBB
        Counsel for Defendant

13         MARCUS RANDALL

14

15

16                  **ORDER**

17     IT IS SO ORDERED.

18

19

20 DATED:     12/14/2022         THE HONORABLE SHEILA K. OBERTO

21         UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT     3