**GERALD M. COBB (SBN: 44702)**
16633 Ventura Boulevard
Suite 500
Encino, California 91436
(818) 990-9710

Attorney for Defendant
**MARCUS RANDALL**

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO.: **1:21-CR-00129-JLT-SKO** |
| Plaintiff, | **ORDER TO CONTINUE SENTENCING** |
| vs. | COURT: **Hon. Jennifer L. Thurston** |
| **MARCUS RANDALL,** | |
| Defendant | |

## ORDER

GOOD CAUSE APPEARING based upon the representations of defense counsel and without objection by the government,

IT IS HEREBY ORDERED that sentencing in the within matter, presently set on December 11, 2023 at 10:00 a.m. be continued to February 26, 2024 at 10:00 a.m.

DATED: December 7, 2023

HON. JENNIFER L. THURSTON

[Proposed] Order to Continue Sentencing