ERIC GRANT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00129-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING EXTENSION OF TIME FOR GOVERNMENT'S RESPONSE; [PROPOSED] ORDER |
| v. | |
| MARCUS RANDALL, | COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, the government was ordered to respond to the defendant's motion for compassionate release by February 17, 2026.

2.      By this stipulation, the government now moves to continue the deadline for its response until **March 2, 2026**.  The reason for the request is that the government has requested medical records from the Bureau of Prisons but has not yet received those records.  The records are necessary for formulating the government's response, as the defendant's motion is based on the healthcare he received while in BOP custody.  Defense counsel is aware of this request and does not object to the continuance of the government's filing deadline.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: February 18, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: February 18, 2026

/s/ Ann McClintock
Ann McClintock
Counsel for Defendant
MARCUS RANDALL

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   **February 18, 2026**

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2