HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant

MARCUS RANDALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS RANDALL,<br><br>Defendant. | Case No. 1:21-CR-00129 JLT<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Thurston |

**O R D E R**

Defendant MARCUS RANDALL, by and through appointed counsel, makes an unopposed request for a 21-day extension of time to file his Reply.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's extension of time is granted; and

2. Defendant's Reply shall be filed by June 8, 2026.

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_____
UNITED STATES DISTRICT JUDGE

-1-