HEATHER E. WILLIAMS, #122664
1Federal Defender
ANN C. MCCLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCUS RANDALL

**FILED**

**Jun 10, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS RANDALL,<br><br>Defendant-Movant. | No. 1:21-CR-00129-JLT<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>JUDGE:  Hon. Jennifer L. Thurston |

IT IS HEREBY ORDERED that the Request to Seal Exhibits 4, 5, and 6 to Defendant's Reply Brief in support of the pro se Emergency Motion for Reduction in Sentence Pursuant to 18 U.S.C. §3582(c)(1)(A) is granted.  Exhibits 4, 5, and 6 shall be filed under seal until further order of the Court as it contains confidential medical information.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d1462 (9th Cir. 1990).  The Court finds that for the reasons stated in Defendant's Request, sealing Exhibits 4, 5, and 6 serves a compelling interest.  The further finds that, in the absence of sealing, the compelling interests of the Defendant would be harmed.

IT IS SO ORDERED.

Dated:  **June 10, 2026**

UNITED STATES DISTRICT JUDGE

Peters:  Proposed Sealing Order