**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCUS RANDALL,<br>Defendant. | Case No. 1:21-cr-00129 JLT SAB<br>ORDER UNSEALING PREVIOUS ORDER ON MOTION FOR SENTENCING REDUCTION<br>(Doc. 91) |

In a previous order filed under seal, the Court denied defendant Marcus Randall's motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A). (Doc. 91.) In that order, the Court instructed the parties to meet and confer and give notice whether they requested redactions to prevent the public disclosure of any medical information. (*Id.* at 8.) The parties have given notice in a joint statement that they do not request any redactions. (Doc. 92.) The Court thus **ORDERS** that its previous order will be available on the public docket and directs the Clerk's Office to **UNSEAL** Doc. 91.

IT IS SO ORDERED.

Dated: July 24, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE